**No. 10-1219. David J. Kappos, Under Secretary of Commerce for Intellectual Property and Director, Patent and Trademark Office, Petitioner v. Gilbert P. Hyatt.**

564 U.S. 1036, 131 S. Ct. 3064, 180 L. Ed. 2d 885, 2011 U.S. LEXIS 4908.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit granted.

Same case below, 625 F.3d 1320.

**No. 10-1259. United States, Petitioner v. Antoine Jones.**

564 U.S. 1036, 131 S. Ct. 3064, 180 L. Ed. 2d 885, 2011 U.S. LEXIS 4956.

June 27, 2011. Petition for writ of certiorari granted. In addition to the question presented by the petition, the parties are directed to brief and argue the following question: "Whether the government violated respondent's Fourth Amendment rights by installing the GPS tracking device on his vehicle without a valid warrant and without his consent."

Same case below, 392 U.S. App. D.C. 291, 615 F.3d 544.

**No. 10-1261. Credit Suisse Securities (USA) LLC, et al., Petitioners v. Vanessa Simmonds.**

564 U.S. 1036, 131 S. Ct. 3064, 180 L. Ed. 2d 885, 2011 U.S. LEXIS 4975.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted. The Chief Justice took no part in the consideration or decision of this petition.

Same case below, 638 F.3d 1072.

**No. 10-1265. Michael Martel, Warden, Petitioner v. Kenneth Clair.**

564 U.S. 1036, 131 S. Ct. 3064, 180 L. Ed. 2d 885, 2011 U.S. LEXIS 4846.

June 27, 2011. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 403 Fed. Appx. 276.

**No. 10-1293. Federal Communications Commission, et al., Petitioners v. Fox Television Stations, Inc., et al; and Federal Communications Commission, et al., Petitioners v. ABC, Inc., et al.**

564 U.S. 1036, 131 S. Ct. 3065, 180 L. Ed. 2d 885, 2011 U.S. LEXIS 4926.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted limited to the following question: "Whether the Federal Communications Commission's current indecency-enforcement regime violates the First or Fifth Amendment to the United States Constitution." Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 613 F.3d 317 (first judgment); and 404 Fed. Appx. 530 (second judgment).